# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## Hearing Information:

|  |  |
|---|---|
| **Debtor:** | MACK ALLEN & JUDY ELAINE SMITH |
| **Case Number:** | 2:08-bk-10223-SSC    **Chapter:** 13 |
| **Date / Time / Room:** | THURSDAY, MAY 07, 2009 01:30 PM   7TH FLOOR #701 |
| **Bankruptcy Judge:** | SARAH SHARER CURLEY |
| **Courtroom Clerk:** | WANDA GARBERICK |
| **Reporter / ECR:** | ANDAMO PURVIS |

## Matters:

1) PRELIMINARY HEARING ON MOTION FOR RELIEF FROM STAY FILED BY CITIFINANCIAL MORTGAGE COMPANY
   **R / M #:**   60 / 0

2) HEARING ON DEBTOR'S MOTION TO NEGOTIATE A LOAN MODIFICATION AGREEMENT WITH CITIFINANCIAL MORTGAGE COMPANY
   **R / M #:**   63 / 0

## Appearances:

RICHARD LEE, ATTORNEY FOR MACK ALLEN SMITH,JUDY ELAINE SMITH
MAY LU, ATTORNEY FOR CITIFINANCIAL MORTGAGE COMPANY

## Proceedings:

1,2) Ms. Lu states that she is working on a loan modification and will agree to a six month cure agreement.  Mr. Lee proposes to make two payments in June and continue this hearing.

COURT: IT IS ORDERED THAT MR. LEE WILL PROVIDE MS. LU WITH INFORMATION BY MAY 21, 209 SO THAT A STIPULATION CAN BE ENTERED ON A SIX MONTH CURE.