# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA
# Minute Entry

## *Hearing Information:*

| | |
|---|---|
| **Debtor:** | MACK ALLEN & JUDY ELAINE SMITH |
| **Case Number:** | 2:08-bk-10223-SSC    **Chapter:** 13 |
| **Date / Time / Room:** | TUESDAY, SEPTEMBER 29, 2009 11:00 AM   7TH FLOOR #701 |
| **Bankruptcy Judge:** | SARAH SHARER CURLEY |
| **Courtroom Clerk:** | WANDA GARBERICK |
| **Reporter / ECR:** | ANDAMO PURVIS |

## *Matter:*

PRELIMINARY HEARING ON MOTION FOR RELIEF FROM STAY FILED BY CITIFINANCIAL MORTGAGE COMPANY

**R / M #:** 60 / 0

## *Appearances:*

RICHARD H. LEE, ATTORNEY FOR MACK ALLEN SMITH, JUDY ELAINE SMITH
LEONARD J. MCDONALD, ATTORNEY FOR CITIFINANCIAL MORTGAGE COMPANY

## *Proceedings:*

Mr. McDonald states that the debtors are due from September 2008 forward. He states that there is no loan modification in place, and that he has had no proof of payments on the second lien holder.  Mr. Lee states that he provided the loan modification package to the movant back in May. He further states that he has not been provided with the exact amount due, and he need this in order for him to obtain financing with another lender.

COURT: IT IS ORDERED THAT MR LEE WILL PROVIDE THE COURT AND MR. MCDONALD WITH PROOF OF THE POST PETITION PAYMENTS. IT IS FURTHER ORDERED THAT THE DEBTOR SHALL MAKE A PAYMENT OF $1455.73 BY OCTOBER 1, 2009, AND SHALL PAY AN ADDITIONAL $1000. BY OCTOBER 15, 2009.THE PAYMENTS SHALL BE SENT TO MR. MCDONALD.  IT IS FURTHER ORDERED THAT MR. MCDONALD SHALL PROVIDE A FULL ACCOUNTING OF WHAT IS DUE AND OWING, BOTH POST PETITION AND TOTAL AMOUNTS, TO MR. LEE BY OCTOBER 7, 2009.  IT IS FURTHER ORDERED CONTINUING THIS HEARING TO OCTOBER 29, 2009 AT 1:30 P.M.