**TIFFANY & BOSCO**
P.A.
2525 EAST CAMELBACK ROAD
SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-05850/5001153118

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Mack Allen Smith and Judy Elaine Smith<br>    Debtors.<br>_____<br>CitiMortgage, Inc.<br>    Movant,<br>    vs.<br><br>Mack Allen Smith and Judy Elaine Smith, Debtors;<br>Russell A. Brown, Trustee.<br><br>    Respondents. | No. 2:08-bk-10223-SSC<br><br>Chapter 13<br><br>O R D E R<br><br>(Related to Docket # 60) |

This matter having come before the Court for a Preliminary Hearing on October 29, 2009, Movant appearing by and through its attorney, Tiffany & Bosco, P.A., Debtor s appearing by and through their counsel, Richard H. Lee, and good cause appearing,

**IT IS HEREBY ORDERED** that all stays and injunctions, including the automatic stays imposed by U.S. Bankruptcy Code 362(a) are hereby terminated as to Movant with respect to that certain real property which is subject of a Deed of Trust dated July 28, 2003, and recorded on , in the office of the

Maricopa County Recorder at wherein CitiMortgage, Inc. is the current beneficiary and Mack Allen Smith and Judy Elaine Smith have an interest in, further described as:

    Lot 184, LAKESIDE AT ARROWHEAD, according to Book 290 of Maps, page 29, records of Maricopa County, Arizona.

IT IS FURTHER ORDERED that this Order vacating the automatic stay imposed by U.S. Bankruptcy Court Code 362(a) shall be binding and effective in the event the Debtors converts this case to another chapter under the U.S. Bankruptcy Code.

DATED this ____ day of _____, 2009.

_____
JUDGE OF THE U.S. BANKRUPTCY COURT